UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MEDALIST HOMES INC.,

Plaintiff,

vs CV 01-1299 RHK/JMM

CMARK BUILDERS INC.,
ALAN GILYARD
MICHAEL PEDERSON
ARTHUR MCCLELLAN,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 10, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______